BEFORE THE SECOND DIVISION, DECEMBER 27, 1966

**No. P66/384.**—J. W. Hampton, Jr. & Co. of Phila. *v.* United States, protests 58/7727 and 58/7761 (Philadelphia).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of spark plugs,

not dedicated for use in any vehicle or other machine, similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiff was sustained.